Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
         mpearson@bermantabacco.com

*Attorneys for Plaintiffs*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PERRIN and BRIAN BAYERL, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br> v. <br><br> SANDISK LLC; WESTERN DIGITAL CORPORATION; WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> *Defendants.* | No. <br><br> CLASS ACTION <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and the proposed Class, there is no such interest to report.

DATED: August 17, 2023

Respectfully submitted,

**BERMAN TABACCO**

By:   */s/ Todd A. Seaver*
      Todd A. Seaver

Matthew D. Pearson
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
      mpearson@bermantabacco.com

Ian W. Sloss
Johnathan Seredynski
Brett L. Burgs
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Telephone: (203) 425-4491
Email: isloss@sgtlaw.com
      jseredynski@sgtlaw.com
      bburgs@sgtlaw.com

*Attorneys for Plaintiffs*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15    1